IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THERESA CALF BOSS RIBS,<br><br>Defendant. | CR 17-69-GF-BMM<br><br>ORDER |

Theresa Calf Boss Ribs filed a Motion for Early Termination of Supervised Release. Doc. 215. The United States Attorney did not oppose the Court granting Calf Boss Ribs's Motion. The Court conducted a hearing on the motion on August 25, 2021. *Id*. For the reasons below, the Court grants Calf Boss Ribs's motion.

Calf Boss Ribs pleaded guilty to theft from an Indian tribal government receiving federal funding, 18 U.S.C. § 666(a)(1)(A), and wire fraud, 18 U.S.C. § 1343. Docs. 126 & 141. The Court sentenced Calf Boss Ribs to the Bureau of Prisons on April 11, 2019, for a term of 8 months with 2 years of supervised release. Doc 162. Federal law authorizes a defendant to move for termination of her supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised

1

release.

The factors in 18 U.S.C. § 3553(a) support an early termination of Calf Boss Ribs's supervised release. Calf Boss Ribs has been under supervision without incident for 19 months. She began supervised release on January 10, 2020. There is no indication in the record that Calf Boss Ribs violated or had any problems with her supervision. Calf Boss Ribs's United States Probation Officer reported that she has done well on supervision, and the Court received letters in support of Calf Boss Ribs's release. Calf Boss Ribs's compliance with the terms of her supervision demonstrate that termination of supervision is warranted.

Accordingly, **IT IS ORDERED**:

1. Calf Boss Ribs's Motion for Early Termination of Supervised Release (Doc. 215) is **GRANTED**.

2. Calf Boss Ribs is **DISCHARGED** from supervised release.

DATED this 25th day of August, 2021.

*Brian Morris*

Brian Morris, Chief District Judge
United States District Court